IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRENDEX FABRICS, LTD., | ) | CIVIL 13-00253-LEK-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHAD JUNG KIM (dba TROPICAL GROUP); JUNG GYUN KIM (dba ALOHA NOA), | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION

An Amended Findings and Recommendation having been filed and served on all parties on October 16, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "AMENDED FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CHAD JUNG KIM (dba TROPICAL GROUP), docket entry no. 16, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

//

DATED AT HONOLULU, HAWAII, November 5, 2013.



      /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**TRENDEX FABRICS, LTD. VS. CHAD JUNG KIM (dba TROPICAL GROUP); JUNG GYUN KIM (dba ALOHA NOA); CIVIL NO. 13-00253 LEK-RLP; ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION**