CADES SCHUTTE
A Limited Liability Law Partnership LLP

| | |
|---|---|
| MARTIN E. HSIA | 2954-0 |
| COLIN O. MIWA | 2997-0 |
| MEGAN A. SUEHIRO | 9582-0 |

1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
Facsimile: (808) 521-9210
E-mail: mhsia@cades.com
E-mail: cmiwa@cades.com
E-mail: msuehiro@cades.com

Attorneys for Plaintiff
TRENDTEX FABRICS, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRENDTEX FABRICS, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>CHAD JUNG KIM (dba Tropical Group);<br>JUNG GYUN KIM (dba Aloha Noa),<br><br>    Defendants. | CIVIL NO. CV13-00253-LEK-RLP<br>(Copyright)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST JUNG GYUN KIM (dba ALOHA NOA)**<br><br>**CERTIFICATE OF SERVICE** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST JUNG GYUN KIM (dba ALOHA NOA)

Plaintiff TRENDTEX FABRICS, LTD. ("Plaintiff"), by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice and strikes the naming of Defendant JUNG GYUN KIM (dba ALOHA NOA) ("Defendant") in the above-entitled matter.  Defendant has not filed an answer to the Complaint and no party has filed a motion for summary judgment in this matter.  There will be no award of fees or costs as between Plaintiff and Defendant.

DATED:  Honolulu, Hawai'i, February 6, 2014.

CADES SCHUTTE
A Limited Liability Law Partnership LLP

/s/ Megan A. Suehiro
MARTIN E. HSIA
COLIN O. MIWA
MEGAN A. SUEHIRO
Attorneys for Plaintiff
TRENDTEX FABRICS, LTD.